**FILED**

JUN 2 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMIL ALPERIN, et al.,         No. C-99-4941 MMC

    Plaintiffs         **ORDER ASSIGNING CASE TO ELECTRONIC CASE FILING PROGRAM**

v.

VATICAN BANK, et al.,

    Defendants
_____/

In light of the requirements of the E-Government Act of 2002, and all parties in the above-titled action being represented by counsel, IT IS HEREBY ORDERED that the case is assigned to the Electronic Case Filing Program, pursuant to General Order No. 45. All further filings shall be filed electronically, subject to the exceptions and exclusions set forth in section VII of General Order No. 45.

The parties are hereby advised that section IV (A) of General Order No. 45 provides: "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF." Accordingly, if counsel has not already done so, counsel for each party shall register forthwith as an ECF User and obtain an ECF User ID and password. Forms and instructions concerning registration can be found on the district court's web site at ecf.cand.uscourts.gov.

Counsel are reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

**IT IS SO ORDERED.**

Dated: June 23, 2005

Maxine M. Chesney
United States District Judge

tl

United States District Court
for the
Northern District of California
June 24, 2005

* * CERTIFICATE OF SERVICE * *

Case Number:3:99-cv-04941

Alperin

vs

Vatican Bank

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Dewey Easton, Esq.
Law Office of Thomas Dewey Easton
2890 Emerald Street
Eugene, OR  97403

Jeffrey S. Lena, Esq.
1152 Keith Avenue
Berkeley, CA  94708-1607

Ronald E. Mallen, Esq.
Joanna D. Opperman, Esq.
Hinshaw & Culbertson
244 Jackson Street
Suite 300
San Francisco, CA  94111


Jonathan H. Levy, Esq.
37 Royal Pointe Drive
Hilton Head Island, SC  29926

K. Lee Boyd, Esq.
Pepperdine University Law School
24255 Pacific Coast Highway
Malibu, CA  90263

Milosh Milenkovich, Esq.
5851 Pearl Road
Suite 302
Parma Heights, OH  44130

Richard W. Wieking, Clerk

BY: /s/ Tracy Lucero
Deputy Clerk