**FILED**

JUN 2 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, et al., | No. C-99-4941 MMC |
| Plaintiffs | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| VATICAN BANK, et al., | |
| Defendants | |

In light of the mandate of the Ninth Circuit Court of Appeals, issued June 22, 2005, the parties are hereby ordered to appear before this Court on August 12, 2005 at 10:30 a.m. for a case management conference. The parties shall file a joint case management statement no later than August 5, 2005.

**IT IS SO ORDERED.**

Dated: June 23, 2005

Maxine M. Chesney
United States District Judge

tl

United States District Court
for the
Northern District of California
June 24, 2005

\* \* CERTIFICATE OF SERVICE \* \*

Case Number:3:99-cv-04941

Alperin

vs

Vatican Bank

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Dewey Easton, Esq.
Law Office of Thomas Dewey Easton
2890 Emerald Street
Eugene, OR  97403

Jeffrey S. Lena, Esq.
1152 Keith Avenue
Berkeley, CA  94708-1607

Ronald E. Mallen, Esq.
Joanna D. Opperman, Esq.
Hinshaw & Culbertson
244 Jackson Street
Suite 300
San Francisco, CA  94111

Jonathan H. Levy, Esq.
37 Royal Pointe Drive
Hilton Head Island, SC  29926

K. Lee Boyd, Esq.
Pepperdine University Law School
24255 Pacific Coast Highway
Malibu, CA  90263

Milosh Milenkovich, Esq.
5851 Pearl Road
Suite 302
Parma Heights, OH  44130

Richard W. Wieking, Clerk

BY: _____
     Deputy Clerk