TOM EASTON CSB#109218
LAW OFFICE OF THOMAS EASTON
2890 Emerald St
Eugene OR 97403
Tel/Fax: 541-344-6111
tom.easton@comcast.net

JONATHAN H. LEVY CSB# 158032
37 Royale Pointe Dr
Hilton Head SC 29926
Tel/Fax: 202-318-2406
jonlevy@hargray.com
Attorneys for Plaintiffs and the Class

Of Counsel:

K. LEE BOYD CSB #189496
Pepperdine University Law School
24255 Pacific Coast Highway
Malibu CA 90263
Tel: 710-506-7684
Lee.Boyd@pepperdine.edu

WINDLE TURLEY
Law Offices of Windle Turley, P.C.
1000 Turley Law Center
6440 N. Central Expressway
Dallas, TX  75206
Tel: 214-691-4025
Fax:  214-361-5802
win@wturley.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, et al., | NO. C99-4941 MMC |
| Plaintiffs, <br> v. <br> VATICAN BANK, et al., <br> Defendants. <br> _____ / | **PLAINTIFFS' EXPEDITED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date:     August 12, 2005 <br> Time:    10:30 a.m. <br> Dept.:    2, 17th Floor <br> Judge:   Honorable Maxine M. Chesney |

Plaintiffs Alperin, et al., pursuant to LR 7-10, respectfully move for an enlargement of time for the August 12, 2005 hearing date by an order for continuance to September 23, 2005, or such later date as suits the convenience of the Court. Good cause exists for the requested

PLAINTIFFS' EXPEDITED motion to CONTINUE Case MGT CONFERENCE ~ Case No. C99-4941 MMC~ p.1

continuance in that plaintiff's attorney Jonathan Levy will be in the Ukraine from August 6 to September 17, 2005, attempting to contact each of the named plaintiffs residing there; Jonathan Levy will be an important participant in the case management conference; and defendants' attorneys Paul Vallone and Jeffrey Lena have been consulted, pursuant to LR 7-10(b), and do not oppose this request to continue the conference date.

DATED: July 26, 2005.                            Respectfully submitted,

                                                 _____
                                                 TOM EASTON, Of Attorneys for Plaintiffs

## POINTS AND AUTHORITIES

The Court may, for good cause shown, make an order enlarging or shortening time if a party makes such request following the requirements of LR 7-8(c), and by the requirements for an expedited motion pursuant to LR 7-10.

DATED: July 26, 2005.                            Respectfully submitted,

                                                 _____
                                                 TOM EASTON, Of Attorneys for Plaintiffs

## DECLARATION OF TOM EASTON

1. I am an attorney at law duly admitted to practice in the State of California and before the bar of this Court and lead attorney of record for plaintiffs in the above-captioned matter. Unless otherwise noted, I make this declaration of my own personal knowledge, and if called as a witness, I could and would testify competently to the contents hereof.

2. My colleague Jonathan Levy will be traveling to Ukraine from August 6 to September 17, 2005, seeking to reestablish contact with Emil Alperin and other Ukrainian and Serbian plaintiffs. Jonathan Levy was the draftsman of this complaint and was the initial contact with the majority of named plaintiffs herein. It is important for him to be present at any case management conference.

3. I contacted OFM attorney Paul Vallone by telephone some 10 days ago and he no

1  objection to any continuance of the case management conference.

2      4. I contacted Vatican Bank attorney Jeffrey Lena last week by email and his email response was also that he had no objection to a continuance if beyond the month of August and early September.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and executed this 26th day of July, 2005 in Eugene, Oregon.


TOM EASTON

## [Proposed] ORDER

The Case Management Conference set for August 12, 2005 is hereby continued to September 23, 2005.

**IT IS SO ORDERED.**

Dated: July 26, 2005



UNITED STATES DISTRICT JUDGE