IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, et al., | No. C-99-04941 MMC (EDL) |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND DEPOSITION OF WILLIAM GOWEN** |
| v. | |
| VATICAN BANK, et al., | |
| Defendants. | |

On December 13, 2005, the parties sought guidance from the Court regarding the length of the deposition of Mr. William Gowen. In light of the facts that Mr. Gowen is a key witness in the case, that this deposition is intended to preserve his testimony, and that Mr. Gowen's answers have not been succinct, the Court orders that Defendant Instituto per le Opera di Religione (IOR) shall have up to an additional seven hours to depose Mr. Gowen, and Defendant Order of Friars Minor (OFM) shall have up to an additional two hours. As the Court asked counsel to convey to Mr. Gowen its request that he answer questions succinctly when possible, it accordingly hopes that defendants will not need to use the full time allowed by this Order. Plaintiffs also shall have a reasonable additional time for redirect examination of Mr. Gowen on the matters raised by the opposing parties.

**IT IS SO ORDERED.**

Dated: December 13, 2005

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge