Ronald E. Mallen  SBN 40928
Paul E. Vallone  SBN 168395
HINSHAW & CULBERTSON LLP
244 Jackson Street – Suite 300
San Francisco, California 94111
Telephone:  (415) 362-6000
Facsimile:  (415) 834-9070

*Attorneys for Defendant*
ORDER OF FRIARS MINOR, erroneously sued as
"THE FRANCISCAN ORDER (O.F.M.),
a/k/a CROATIAN FRANCISCANS

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO OFFICE

| | |
|---|---|
| EMIL ALPERIN, JEWGENIJA ROMANOVA, MARIA DANKEWITSCH, VLADIMIR MORGUNOV, VLADIMIR BRODICH, WILLIAM DORICH, IGOR NAGFELD, LIZEBETH LALICH, MLADEN DJURICICH, ROBERT PREDRAG GAKOVICH, NEVENKA VUKASOVIC MALINOWSKI, ELI ROTEM, MILRORAD SKORIC, VELJKO MILJUS, FRED ZLATKO HARRIS, MILJA CONGER, ALLEN DOLFI HERSKOVICH, BOGDAN KLJAIC, DAVID LEVY, ZDENKA BAUM RUCHWARGER-LEVY, VLADAN CELEBONOVIC, DESA TOMASEVICH WAKEMAN, ORGANIZATION OF UKRAINIAN ANTIFASCIST RESISTANCE FIGHTERS, UKRAINIAN UNION OF NAZI VICTIMS AND PRISONERS and JASENOVAC RESEARCH INSTITUTE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>VATICAN BANK, a/k/a "INSTITUTE OF RELIGIOUS WORKS" or 'ISTITUTO PER LE OPERE DI RELIGIONE" (IOR); THE FRANCISCAN ORDER (O.F.M.) a/k/a/ CROATIAN FRANCISCANS and CROATIAN COFRATERNITY OF THE COLLEGE OF SAN GIROLAMO DEGLI ILLIRICI, UNKNOWN CATHOLIC RELIGIOUS ORDERS, and their successors, UNKNOWN | Case No.  C99-4941 MMC (EDL)<br><br>[PROPOSED] ORDER GRANTING <s>DEFENDANT OFM'S JOINDER IN</s> MOTION TO EXTEND TIME FOR FILING MOTION TO DISMISS<br><br>[CIVIL L.R. 6.3.] |

1

[PROPOSED] ORDER GRANTING DEFENDANT OFM'S JOINDER IN MOTION TO EXTEND TIME FOR
FILING MOTION TO DISMISS -- C99-4941 MMC (EDL)

RECIPIENTS OF NAZI AND USTASHA LOOT, AND SWISS, AUSTRIAN, ARGENTINE, SPANISH, ITALIAN, PORTUGUESE, VATICAN & GERMAN BANKING INSTITUTIONS AND CALIFORNIA AND OTHER UNITED STATES CORRESPONDENT BANKS AS DOES #1-100,

        Defendants.

The motion of the *Istituto per le Opere di Religione* (IOR) to extend the time for filing of its motion to dismiss was filed on January 17, 2006. The motion of defendant Order of Friars Minor filed a joinder in the Motion on January 18, 2006. After consideration of the briefs ~~and arguments of counsel, and all other matters presented to the Court~~, IT IS HEREBY ORDERED that the IOR's motion and the OFM's Joinder in IOR's motion, are GRANTED. The Defendants' motion(s) to dismiss shall be due thirty (30) days after adjudication of Plaintiff's Motion for Leave to File Fourth Amended Complaint.

      IT IS SO ORDERED.

Dated: January 19, 2006

                                        The Honorable Maxine M. Chesney
                                        United States District Judge