1
2
3
4
5
6
7
8
9
10
11
12

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMIL ALPERIN, et al.,** | **NO. C99-4941 MMC (EDL)** |
| **Plaintiffs,** | [~~PROPOSED~~] |
| v. | **ORDER GRANTING LEAVE TO FILE FOURTH AMENDED CLASS ACTION COMPLAINT** |
| **VATICAN BANK, et al.,** | |
| **Defendants.** | |
| _____/ | |

Plaintiffs' Request for Leave to file their Fourth Amended Class Action Complaint pursuant to Fed.R.Civ.Proc., Rule 15 is granted.

**IT IS SO ORDERED**.

Dated: February 13, 2006

_____
MAXINE M. CHESNEY
United States District Judge