Jeffrey S. Lena SBN 189900
LAW OFFICES OF JEFFREY S. LENA
1152 Keith Avenue
Berkeley, California 94708-1607
Telephone: (510) 665-1713
Facsimile: (510) 588-5555
E-mail: jlena@sbcglobal.net
(*Without waiver of defenses, jurisdictional or otherwise*)

Attorney for *Istituto per le Opere di Religione* (IOR)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>VATICAN BANK, a/k/a INSTITUTE OF RELIGIOUS WORKS or ISTITUTO PER LE OPERE DI RELIGIONE (IOR), *et al.*,<br><br>　　　　　Defendants. | Case No. C 99-04941 MMC (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE** |

　　　　Plaintiffs, Defendant *Istituto per le Opere di Religione* ("IOR"), and Defendant Order of Friars Minor ("OFM"), by and through the parties' respective counsel of record, hereby agree and stipulate as follows:

　　　　1.　　On March 5, IOR counsel Jeffrey S. Lena contacted opposing counsel to request that the briefing schedule on the FSIA and Standing motions to dismiss, currently requiring Defendants to file motions to dismiss by or before March 13, 2006, be modified to allow Defendants five additional business days to complete their motions. Mr. Lena requested the additional time because of an acute illness that had an impact on IOR counsel's preparation of the motion to dismiss. On March, 6, 2006, Mr. Jon Levy, counsel for Plaintiffs, responded to Mr. Lena's request, agreeing to stipulate to Defendants receiving five additional business days so long as Plaintiffs' time to request discovery and/or oppose the motions to dismiss is similarly extended.

　　　　2.　　Accordingly, the parties agree that Defendants' filing deadline for their motions to

dismiss be extended from March 13, 2006 to March 20, 2006. Plaintiffs' filing deadline for a discovery motion, if any, should be extended from April 10, 2006 to April 17, 2006. Defendants would have 30 days to respond thereto. The filing of Plaintiffs' discovery motion would suspend the running of time to respond to Defendants' FSIA and Standing motions to dismiss until the Court rules on Plaintiffs' discovery motion.

    3.    If no discovery motion is filed, Plaintiffs' opposition to Defendants' motions to dismiss should be extended from June 5, 2006 to June 12, 2006, with Defendants' reply due on July 10, 2006.

    4.    Prior modifications to the briefing schedule have been made, as reflected in the docket, due to petitions for certiorari and, subsequently, the filing of a Fourth Amended Complaint. The proposed time modification contained herein will not foreseeably affect the date of the adjudication of Defendants' motions to dismiss.

IT IS SO STIPULATED.

Dated: March 6, 2006

                /s/
Jeffrey S. Lena
LAW OFFICES OF JEFFREY S. LENA
Counsel for Defendant IOR

Dated: March 6, 2006

                /s/
Tomislav Z. Kuzmanovic
HINSHAW AND CULBERTSON LLP
Counsel for Defendant OFM

Dated: March 6, 2006

Jonathan H. Levy
Counsel for Plaintiffs

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Honorable Maxine M. Chesney
United States District Judge

Stipulation and [Proposed] Order Modifying
Briefing Schedule
*Alperin v. IOR*, Case No. C 99-04941 MMC (EDL)

be extended from March 13, 2006 to March 20, 2006. Plaintiffs' filing deadline for a discovery motion, if any, should be extended from April 10, 2006 to April 17, 2006. Defendants would have 30 days to respond thereto. The filing of Plaintiffs' discovery motion would suspend the running of time to respond to Defendants' FSIA and Standing motions to dismiss until the Court rules on Plaintiffs' discovery motion.

3. If no discovery motion is filed, Plaintiffs' opposition to Defendants' motions to dismiss should be extended from June 5, 2006 to June 12, 2006, with Defendants' reply due on July 10, 2006.

4. Prior modifications to the briefing schedule have been made, as reflected in the docket, due to petitions for certiorari and, subsequently, the filing of a Fourth Amended Complaint. The proposed time modification contained herein will not foreseeably affect the date of the adjudication of Defendants' motions to dismiss.

IT IS SO STIPULATED.

Dated: March 6, 2006

Jeffrey S. Lena
LAW OFFICES OF JEFFREY S. LENA
Counsel for Defendant IOR

Dated: March 6, 2006

Tomislav Z. Kuzmanovic
HINSHAW AND CULBERTSON LLP
Counsel for Defendant OFM

Dated: March 6, 2006

Jonathan H. Levy
Counsel for Plaintiffs

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 10, 2006

The Honorable Maxine M. Chesney
United States District Judge

Stipulation and [Proposed] Order Modifying
Briefing Schedule
*Alperin v. IOR*, Case No. C 99-04941 MMC (EDL)