Jeffrey S. Lena SBN 189900
LAW OFFICES OF JEFFREY S. LENA
1152 Keith Avenue
Berkeley, California 94708-1607
Telephone: (510) 665-1713
Facsimile: (510) 588-5555
E-mail: jlena@sbcglobal.net
(*Without waiver of defenses, jurisdictional or otherwise*)

Attorney for *Istituto per le Opere di Religione* (IOR)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>VATICAN BANK, a/k/a INSTITUTE OF RELIGIOUS WORKS or ISTITUTO PER LE OPERE DI RELIGIONE (IOR), *et al.*,<br><br>　　　　　Defendants. | Case No. C 99-04941 MMC (EDL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT IOR'S MOTION TO EXCEED PAGE LIMITATIONS FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS TO BE FILED ON MARCH 20, 2006**<br><br>**[Civil L.R. 7-11]** |

The motion of the *Istituto per le Opere di Religione* ("IOR") to exceed the page limitation set forth in Civil Local Rule 7-2(b) for its memorandum of points and authorities in support of its motion to dismiss based upon sovereign immunity and lack of standing, due on March 20, 2006, was filed on March 16, 2006. After consideration of the motion, and all other matters presented to the Court, IT IS HEREBY ORDERED that the IOR's motion is GRANTED. The IOR shall be entitled to file a 35-page memorandum of points and authorities in support of its motion to dismiss.

　　　　IT IS SO ORDERED.

Dated: March 17, 2006

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Maxine M. Chesney