Jeffrey S. Lena SBN 189900
LAW OFFICES OF JEFFREY S. LENA
1152 Keith Avenue
Berkeley, California 94708-1607
Telephone: (510) 665-1713
Facsimile: (510) 588-5555
E-mail: jlena@sbcglobal.net
(*Without waiver of defenses, jurisdictional or otherwise*)

Attorney for *Istituto per le Opere di Religione* (IOR)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>VATICAN BANK, a/k/a INSTITUTE OF RELIGIOUS WORKS or ISTITUTO PER LE OPERE DI RELIGIONE (IOR), *et al.*,<br><br>　　　　　Defendants. | Case No. C 99-04941 MMC (EDL)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTIONS RELATED TO DEFENDANTS' MOTIONS TO DISMISS** |

　　　　Plaintiffs, Defendant *Istituto per le Opere di Religione* ("IOR"), and Defendant Order of Friars Minor ("OFM"), by and through the parties' respective counsel of record, hereby agree and stipulate as follows:

　　　　1.　　On March 20, 2006, Defendants filed motions to dismiss in the above-captioned matter. Docket Nos. 270-72. Defendants also filed the Declaration of Professor Settimio Carmignani Caridi ("Caridi Declaration") in support of their motions to dismiss. Docket Nos. 273, 275. On March 24, 2006, Plaintiffs filed their Motion for Order to Provide Materials and/or Discovery Pursuant to FRCP Rule 44.1 ("Rule 44.1 Motion"), which sought material in connection with the Caridi Declaration. Docket No. 277. On March 27, 2006, the Honorable Maxine M. Chesney, United States District Judge, referred Plaintiffs' Rule 44.1 Motion to the Honorable Elizabeth D. Laporte, United States Magistrate

1  Judge. Docket No. 280.

2      2.    Following the referral to Magistrate Judge Laporte, counsel for the IOR Jeffrey S. Lena and counsel for Plaintiffs Jonathan H. Levy met and conferred regarding briefing related to Plaintiffs' Rule 44.1 Motion and to clarify whether Plaintiffs intended to file any additional motions prior to the April 17, 2006 motion deadline set by Judge Chesney. *See* Stipulation and Order dated March 6, 2006, Docket No. 266. Plaintiffs' counsel informed the IOR's counsel that Plaintiffs intended to file a discovery motion on or before April 17, 2006, requesting certain discovery in connection with Defendants' motions to dismiss.

    3.    In light of the efficiency of briefing and hearing Plaintiffs' two motions together, particularly since both motions will address matters related to the same motions to dismiss, and given that the parties had previously agreed that Defendants would have 30 days to respond to any discovery motions (*see* Docket No. 266), the parties have agreed to resolve any potential dispute related to the filing of two motions and enter into the following agreement:

    a.    The filing deadline for Plaintiffs' motion for discovery shall be April 17, 2006.

    b.    The filing deadline for Defendants' oppositions to Plaintiffs' Rule 44.1 Motion and Plaintiffs' motion for discovery shall be May 17, 2006.

    c.    The filing deadline for Plaintiffs' reply briefs shall be May 29, 2006.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

Stipulation and [Proposed] Order re: Briefing and Hearing Schedule
*Alperin v. IOR*, Case No. C 99-04941 MMC (EDL)    2

      d.    The hearing for both motions shall be on June 13, 2006, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: March 30, 2006

                   /s/
Jonathan H. Levy
Counsel for Plaintiffs

Dated: March 30, 2006

                   /s/
Jeffrey S. Lena
LAW OFFICES OF JEFFREY S. LENA
Counsel for Defendant IOR

Dated: March 30, 2006

                   /s/
Tomislav Z. Kuzmanovic
HINSHAW & CULBERTSON LLP
Counsel for Defendant OFM

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 31, 2006

The Honorable
United States

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*