THOMAS EASTON CSB #109218
LAW OFFICE OF THOMAS EASTON
967 Sunset Dr
Springfield OR 97477
Tel/Fax: 541-746-1335
tom.easton@comcast.net

JONATHAN H. LEVY CSB #158032
37 Royale Pointe Dr
Hilton Head § 29926
Tel/Fax: 202-318-2406
jonlevy@hargray.com

WINDLE TURLEY TX.SB #20304000
LAW OFFICES OF WINDLE TURLEY, P.C.
1000 Turley Law Center
6440 N. Central Expressway
Dallas TX  75206
Tel: 214-691-4025
Fax: 214-361-5802
windle@wturley.com
Attorneys for Plaintiffs and the Class

Of Counsel:
K. LEE BOYD CSB #189496
Pepperdine University Law School
24255 Pacific Coast Highway
Malibu CA 90263
Tel: 710-506-7684
Lee.Boyd@pepperdine.edu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>VATICAN BANK (IOR), et al.,<br><br>   Defendants. | No. C-99-4941 MMC (EDL)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS<br><br>Judge: Hon. Maxine M. Chesney |

  Plaintiffs Alperin et al., Defendants *Istituto per le Opere di Religione* (IOR) *and Order of Friars Minor* (OFM), by and through the parties' respective counsel of record, hereby agree and stipulate as follows:

  1. On March 20, 2006, Defendants filed motions to dismiss in the above captioned

1  matter, Documents 270-72. By prior stipulation and order, the briefing schedule was interrupted
2  by Plaintiffs' motions which were then heard by Magistrate Judge Laporte.
3      2. The parties now agree and stipulate to the following schedule
4          a. The filing deadline for Plaintiffs' opposition to Defendants' motions to dismiss
5  shall be September 20, 2006.
6          b. The filing deadline for Defendants' reply briefs shall be October 20, 2006.
7          c. The hearing for Defendants' motions to dismiss shall be November 3, 2006.
8  IT IS SO STIPULATED.
9  Dated: July 12, 2006,

                                                      Thomas Easton
Of Attorneys for Plaintiffs Alperin et al.

Dated: July 12, 2006,

                                                      Jeffrey S. Lena
LAW OFFICES OF JEFFREY S. LENA
Counsel for Defendant IOR

Dated: July 12, 2006,

                                                      Tomislav Z. Kuzmanovic
HINSHAW & CULBERTSON LLP
Counsel for Defendant OFM

IT IS SO ORDERED.

Dated:   July 14, 2006

_____
UNITED STATES DISTRICT JUDGE