THOMAS EASTON CSB #109218
LAW OFFICE OF THOMAS EASTON
967 Sunset Dr
Springfield OR 97477
Tel/Fax: 541-746-1335
tom.easton@comcast.net

JONATHAN H. LEVY CSB #158032
37 Royale Pointe Dr
Hilton Head § 29926
Tel/Fax: 202-318-2406
jonlevy@hargray.com

WINDLE TURLEY TX.SB #20304000
LAW OFFICES OF WINDLE TURLEY, P.C.
1000 Turley Law Center
6440 N. Central Expressway
Dallas TX  75206
Tel: 214-691-4025
Fax: 214-361-5802
windle@wturley.com
Attorneys for Plaintiffs and the Class

Of Counsel:
K. LEE BOYD CSB #189496
Pepperdine University Law School
24255 Pacific Coast Highway
Malibu CA 90263
Tel: 710-506-7684
Lee.Boyd@pepperdine.edu

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, et al., <br><br>          Plaintiffs, <br>    v. <br><br> VATICAN BANK, et al., <br><br>          Defendants. <br> _____ | NO. C99-4941 MMC (EDL) <br><br> NOTICE & MOTION TO SUBSTITUTE A PARTY PURSUANT TO FRCP RULE 25 and [PROPOSED] ORDER |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD**:

   PLEASE TAKE NOTICE that pursuant to FRCP Rule 25, NIKOLA BRODICH, the surviving son of Vladimir Brodich who died earlier this year, moves the Court for an Order substituting him as Plaintiff in his late father's stead.

DATED:  November 7, 2006.                                              Respectfully submitted,

                                                                                              _____
                                                                                              Thomas Easton
                                                                                              Attorney for Plaintiffs

**IT IS SO ORDERED**.

DATED:  November 14, 2006    _____
                                                   UNITED STATES DISTRICT JUDGE

SUBSTITUTION OF NIKOLA BRODICH [FRCP RULE 25] and [Proposed] ORDER ~ Case No. C99-4941 MMC (EDL)