```
 1  Jeffrey S. Lena SBN 189900
    LAW OFFICES OF JEFFREY S. LENA
 2  1152 Keith Avenue
    Berkeley, California 94708-1607
 3  Telephone: (510) 665-1713
    Facsimile: (510) 588-5555
 4  E-mail: jlena@sbcglobal.net
    (*Without waiver of defenses, jurisdictional or otherwise*)
 5
    Attorney for *Istituto per le Opere di Religione* (IOR)
 6
 7
 8
                    UNITED STATES DISTRICT COURT
 9
                  NORTHERN DISTRICT OF CALIFORNIA
10
11
12  EMIL ALPERIN, *et al.*,              Case No. C 99-04941 MMC (EDL)

13         Plaintiffs,                   [PROPOSED] ORDER GRANTING
                                         MOTION FOR LEAVE TO FILE
14     vs.                               THREE-PAGE SUPPLEMENTAL
                                         BRIEF REGARDING *BELL ATLANTIC
15  VATICAN BANK, a/k/a INSTITUTE OF     CORP. v. TWOMBLY*, — U.S. —, 127 S.
    RELIGIOUS WORKS or ISTITUTO PER LE   Ct. 1955 (2007)
16  OPERE DI RELIGIONE (IOR), *et al.*,
                                         [Civil L.R. 7-11]
17         Defendants.
18
19        The motion of the *Istituto per le Opere di Religione* ("IOR") to file a three-page supplemental
20  brief regarding *Bell Atlantic Corp. v. Twombly*, — U.S. —, 127 S. Ct. 1955 (2007), was filed on August
21  6, 2007. After consideration of the motion, and all other matters presented to the Court, IT IS HEREBY
22  ORDERED that the IOR's motion is GRANTED. The requested supplemental brief shall be due within
23  one week after the filing of this Order. Plaintiffs may file a three-page response no later than one week
                                         after the filing of IOR's supplemental brief.
24        IT IS SO ORDERED.

25  Dated: August 8, 2007
                                              _____
26                                            The Honorable Maxine M. Chesney
27
28
```