IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, et al., | No. C-99-4941 MMC |
| Plaintiffs, | **ORDER DENYING DEFENDANT ORDER OF FRIARS MINOR'S MOTION FOR LEAVE TO FILE INSTANTER OFM'S SUPPLEMENTAL MEMORANDUM OF LAW** |
| v. | |
| VATICAN BANK, et al., | |
| Defendants / | |

Before the Court is defendant Order of Friars Minor's ("OFM") "Motion for Leave to File Instanter OFM's Supplemental Memorandum of Law Addressing Bell Atlantic v. Twombly in Support of OFM's Motion to Dismiss for Lack of Standing," filed October 12, 2007. Plaintiffs filed opposition on October 14, 2007.[1]

Upon defendant Istituto per le Opere di Religione's ("IOR") request, the Court previously allowed defendant IOR to submit supplemental briefing with respect to Twombly. (See Order filed August 8, 2007.) Thereafter, defendant OFM joined in IOR's supplemental brief. (See "Defendant Order of Friars Minor's Joinder in IOR's Submission of Supplemental Brief Regarding Bell Atlantic v. Twombly, — U.S. —, 127 S.Ct. 1955 (2007),"

---

[1] In their opposition, plaintiffs request leave to file a motion for attorney's fees. (See Opp'n at 1:28-2:1-2.) Said request is denied as moot, as plaintiffs do not require leave to file such motion. The Court notes, however, that no ground for such an award is apparent based on the record before the Court at this time.

filed August 24, 2007.)

The matter having been fully briefed by the parties, and defendant OFM having failed to show good cause for its delay in making the instant request or to identify a sufficient need for additional briefing, defendant OFM's motion is hereby DENIED.[2]

**IT IS SO ORDERED**.

Dated: October 25, 2007

MAXINE M. CHESNEY
United States District Judge

---

[2] In their opposition, plaintiffs additionally seek an order striking Docket No. 382-2 from the record. To the extent plaintiffs seek such additional relief, the request is hereby DENIED for the reason that Docket No. 382-2 is listed in the docket as an "Attachment" to OFM's motion. In other words, the document is properly filed as an exhibit.

2