IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMIL ALPERIN, et al.,

    Plaintiffs,

v.

VATICAN BANK, et al.,

    Defendants

No. C-99-4941 MMC

**ORDER DENYING MOTION TO SUBSTITUTE PARTY**

Before the Court is Martina A. Hone's ("Hone") motion, filed November 29, 2007, to substitute herself in place of plaintiff Desa Tomasevic Wakeman, who is asserted to have "died earlier this year," (see Mot. to Substitute at 1:22).[1] Defendant Instituto per le Opere di Religione has filed opposition.

On August 13, 2007, plaintiffs' counsel filed a "Suggestion of Death of Plaintiff Desa Tomasevic Wakeman." "Unless the motion for substitution is made not later than 90 days after the death is suggested upon the record . . . , the action shall be dismissed as to the deceased party." Fed. R. Civ. P. 25(a). Hone's first motion for substitution was made 108 days after plaintiff Desa Tomasevic Wakeman's death was suggested upon the record, and

---

[1] Martina A. Hone filed a second, identical motion to substitute on December 5, 2007.

the motion fails to provide any reason why Rule 25 of the Federal Rules of Civil Procedure should not apply.

Accordingly, Martina A. Hone's motion to substitute in place of plaintiff Desa Tomasevic Wakeman is hereby DENIED.

**IT IS SO ORDERED**.

Dated: February 21, 2008

_____
MAXINE M. CHESNEY
United States District Judge