IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VATICAN BANK, et al.,<br><br>　　　　Defendants | No. C-99-4941 MMC<br><br>**ORDER VACATING MARCH 14, 2008 HEARING** |

Before the Court is defendant Istituto per le Opere di Religione's "Motion for Entry of Final Judgment," filed February 7, 2008 and scheduled for hearing March 14, 2008. Pursuant to the Civil Local Rules of this District, opposition was due no later than February 22, 2008. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). To date, no opposition has been filed.

Accordingly, the Court deems the matter submitted on the moving papers and hereby VACATES the hearing scheduled for March 14, 2008.

**IT IS SO ORDERED.**

Dated: February 25, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge