PAUL E. VALLONE (CA SBN 168395)
TOMISLAV Z. KUZMANOVIC, (WI SBN 1003563)
JOSHUA G. VINCENT (Member of the Illinois Bar)
pvallone@hinshawlaw.com
tkuzmanovic@hinshawlaw.com
jvincent@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, California 94111
Telephone: (415) 362-6000
Facsimile: (415) 834-9070

*Attorneys for Defendant*
ORDER OF FRIARS MINOR, erroneously sued as
"THE FRANCISCAN ORDER (O.F.M.),
a/k/a CROATIAN FRANCISCANS and CROATIAN
CONFRATERNITY OF THE COLLEGE OF SAN GIROLAMO DEGLI
ILLIRICI"

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO OFFICE

| | |
|---|---|
| **EMIL ALPERIN, et al,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE FRANCISCAN ORDER (ORDER OF FRANCISCANS MINOR - OFM), et al,**<br><br>**Defendants.** | Case No. C99-4941 MMC (EDL)<br><br>**STIPULATION AND ORDER RE: BRIEFING SCHEDULE REGARDING MOTION TO DISMISS PLAINTIFFS' FIFTH AMENDED COMPLAINT** |

Pursuant to Civil Local Rules 6-2, and 7-12, defendant Order of Friar's Minor ("OFM") and Plaintiffs stipulate and agree to the following:

(1) OFM shall have 65 days from the date of the filing of Plaintiffs' Fifth Amended Complaint to file its pleading stage challenge thereto;

(2) Plaintiffs shall have 46 days from the date of OFM's filing of its Motion to Dismiss, to file their opposition brief;

(3) OFM's Reply Brief supporting its Motion to Dismiss shall be filed no later than two weeks before the hearing date unless otherwise specified by the Court;

1

(4) In the event Plaintiffs file a Motion for Discovery, the briefing schedule for OFM's Motion to Dismiss shall be suspended until the Motion for Discovery is decided and the discovery period ordered, if any, concludes.

SO STIPULATED:

Date: March 20, 2008

HINSHAW & CULBERTSON LLP

_____/s/_____
PAUL E. VALLONE
*Attorneys for Defendant*
ORDER OF FRIARS MINOR, erroneously sued as "THE FRANCISCAN ORDER (O.F.M.), a/k/a CROATIAN FRANCISCANS and CROATIAN CONFRATERNITY OF THE COLLEGE OF SAN GIROLAMO DEGLI ILLIRICI"

Date: March 20, 2008

_____/s/_____
THOMAS EASTON
Attorneys for Plaintiffs

SO ORDERED, with the following exceptions: (1) OFM's Reply Brief shall be filed no later than 21 days from the date of plaintiffs' filing of their opposition brief; (2) the hearing on the Motion to Dismiss shall be noticed for a date no less than 28 days from the filing of the Reply Brief; and (3) in the event plaintiffs file a Motion for Discovery, the briefing schedule for OFM's Motion to Dismiss shall remain unchanged, but without prejudice to the parties' moving, upon a showing of good cause, for a suspension or extension of said schedule.

Date: March 21, 2008

*[signature]*
HON. MAXINE S. CHESNEY