IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, et al., | No. C-99-04941 MMC |
| Plaintiffs, | **ORDER GRANTING DEFENDANT IOR'S MOTION FOR ENTRY OF FINAL JUDGMENT; DIRECTING ENTRY OF FINAL JUDGMENT** |
| v. | |
| VATICAN BANK, et al., | |
| Defendants. | |

Before the Court is the motion filed February 7, 2008 by defendant Istituto per le Opere di Religione ("IOR") for entry of final judgment as to IOR pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. No opposition has been filed.

Having read and considered the papers filed in support of the motion, and for the reasons stated therein, the Court finds there is no just reason for delay. Accordingly, IOR's motion is hereby GRANTED. The Clerk of the Court is DIRECTED to enter final judgment in favor of IOR.

**IT IS SO ORDERED.**

Dated: April 4, 2008

MAXINE M. CHESNEY
United States District Judge