IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMIL ALPERIN, et al.,

        Plaintiffs,

  v.

VATICAN BANK, a/k/a "INSTITUTE OF RELIGIOUS WORKS" or "INSTITUTO PER LE OPERE DI RELIGIONE" (IOR), et al.,

        Defendants.

No. CV-99-04941 MMC

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** defendant VATICAN BANK, a/k/a "INSTITUTE OF RELIGIOUS WORKS" or "INSTITUTO PER LE OPERE DI RELIGIONE" (IOR) motion for entry of final judgment as to IOR pursuant to Rule 54(b) of the Federal Rules of Civil Procedure is hereby GRANTED. Final judgment is entered in favor of defendant VATICAN BANK, a/k/a "INSTITUTE OF RELIGIOUS WORKS" or "INSTITUTO PER LE OPERE DI RELIGIONE" (IOR).

Dated: April 7, 2008

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk