IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPERIN, et al., | No. C-99-04941 (EDL) |
| Plaintiffs, | **ORDER RE MOTION FOR JURISDICTIONAL DISCOVERY** |
| v. | |
| VATICAN BANK, et al, | |
| Defendants. | |

Plaintiff filed a motion for jurisdictional discovery and a request for an immediate stay of action, which is noticed for hearing on July 1, 2008 before this Court. While this Court will decide whether any jurisdictional discovery is proper, any request to stay the case or to alter the briefing schedule of motions pending before the District Court Judge should be made to the District Court Judge, as such requests are not discovery disputes that have been referred to this Court.

**IT IS SO ORDERED.**

Dated: May 28, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge