IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, et al., | No. C-99-4941 MMC |
| Plaintiffs, | **ORDER DENYING PLAINTIFF'S MOTION TO STRIKE; VACATING HEARING** |
| v. | |
| VATICAN BANK, et al., | |
| Defendants / | |

Before the Court is plaintiffs' motion, filed May 23, 2008, to strike portions of defendant Order of Franciscan Minor's ("OFM") motion to dismiss plaintiffs' Fifth Amended Complaint, on the grounds that said motion exceeds page limitations imposed by the Local Rules of this District, and that portions of the motion contain argument previously addressed by the Court. On May 28, 2008, OFM filed opposition thereto, wherein OFM requests leave to substitute a re-formatted motion. Having read and considered the motion and opposition, the Court finds no reply is necessary, hereby VACATES the June 27, 2008 hearing, and rules as follows.

As plaintiffs note, motions are limited to 25 pages in length pursuant to Rule 7-2(b) of the Civil Local Rules, and OFM's motion to dismiss contains 33 pages of text. In

//

//

response thereto, OFM seeks leave to substitute a re-formatted version of the motion,[1] using 12-point Times New Roman in place of the larger font initially used, resulting in a motion, as re-formatted, of 24 pages in length.[2]

Good cause appearing, OFM's request to file its re-formatted motion in place of the motion as originally filed is hereby GRANTED and, accordingly, plaintiffs' motion to strike is hereby DENIED.

**IT IS SO ORDERED**.

Dated: June 5, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] OFM represents that such re-formatted motion is identical in substance to the motion as originally filed.

[2] To the extent plaintiffs seek to strike portions of the motion on the basis of substance rather than form, the motion to strike is denied without prejudice to plaintiffs' raising such objections in their opposition to the motion.