# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMIL ALPERIN, et al,**<br><br>　　　　Plaintiffs,<br>　　v.<br><br>**THE FRANCISCAN ORDER (ORDER OF FRIARS MINOR - OFM), et al,**<br><br>　　　　Defendants. | **NO. C99-4941 MMC (EDL)**<br><br>**(PROPOSED) ORDER** GRANTING WINDLE TURLEY'S REQUEST TO ATTEND HEARING BY TELEPHONIC APPEARANCE |

　　Co-Counsel Plaintiff Attorney, Windle Turley has requested to attend Plaintiffs Motion for Jurisdictional Discovery hearing at 9:30 a.m. on July 1, 2008 and the matter being fully considered; it is hereby GRANTED.

　　IT IS SO ORDERED.

June 30, 2008　　　　　　_____
　　　　　　　　　　　　　HON. ELIZABETH D. LAPORTE
　　　　　　　　　　　　　United States Magistrate Judge