IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>VATICAN BANK, et al.,<br><br>    Defendants.<br>_____ / | No. C-99-4941 MMC<br><br>**ORDER DENYING AS PREMATURE AND WITHOUT PREJUDICE DEFENDANT OFM'S MOTION TO DISMISS; DENYING AS MOOT PLAINTIFFS' MOTION FOR SUSPENSION OF BRIEFING SCHEDULE; SCHEDULING STATUS CONFERENCE** |

      Before the Court is defendant Order of Franciscan Minor's ("OFM") motion to dismiss plaintiffs' Fifth Amended Complaint ("5AC"), filed May 21, 2008, and plaintiffs' motion, filed July 2, 2008, to suspend the schedule for briefing on OFM's motion, in order to permit plaintiffs to conduct jurisdictional discovery pursuant to Magistrate Judge Elizabeth D. Laporte's July 1, 2008 order granting such discovery. The date for the filing of plaintiffs' opposition to OFM's motion to dismiss is July 25, 2008. On July 9, 2008, OFM filed opposition to plaintiffs' motion to suspend briefing, to which plaintiffs have replied.

      The Court finds plaintiffs have presented good cause for suspension of the briefing schedule; given the potential effect of jurisdictional discovery on the briefing previously submitted, however, as well as the Court's preference at this stage of the proceedings to have all asserted grounds for dismissal fully briefed, the Court is of the view that OFM's

1  motion to dismiss is premature.

2   Accordingly, OFM's motion to dismiss is hereby DENIED as premature and without
3  prejudice to OFM's either re-noticing the motion or filing an amended motion following the
4  completion of jurisdictional discovery.[1]  In light of such ruling, plaintiffs' motion to suspend
5  briefing on OFM's motion is hereby DENIED as moot.

6   For purposes of case management, a Status Conference is hereby SCHEDULED for
7  December 12, 2008 at 10:30 a.m.  The parties shall file a Joint Status Conference
8  Statement no later than December 5, 2008.

9   **IT IS SO ORDERED**.

10  Dated: July 17, 2008

11  _____
MAXINE M. CHESNEY
United States District Judge

---

[1] Given the length of plaintiffs' 5AC, and the number of separate grounds for dismissal raised by OFM, it would be of considerable assistance to the Court if OFM, in any amended motion, provides specific citation to each portion of the Court's prior order wherein the Court noted a deficiency in plaintiffs' Fourth Amended Complaint, and which deficiency OFM asserts has not been cured in the 5AC, as well as specific citation to the paragraph or paragraphs in the 5AC that OFM asserts either were not amended or not adequately amended to cure the deficiencies previously identified by the Court.
Similarly, at such time as plaintiffs respond to any re-noticed or amended motion to dismiss, plaintiffs should provide specific citation to the paragraph or paragraphs in the 5AC on which plaintiffs' rely in support of their argument that any asserted deficiency has been cured, as well as to the portion of the Court's order in which any such deficiency was addressed.