IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPERIN, et al., | No. C-99-04941 MMC  (EDL) |
| Plaintiffs, | **ORDER GRANTING JURISDICTIONAL DISCOVERY** |
| v. | |
| VATICAN BANK, et al., | |
| Defendants. | |

Plaintiffs' Motion for Jurisdictional Discovery and for a Stay of Proceedings came before the Court on July 1, 2008. The matter being fully briefed and considered, for the reasons stated at the hearing, it is HEREBY ORDERED that:

The parties' requests for modification of the briefing schedule and for a stay of the action are properly addressed to Judge Chesney. This Court will address only the question of discovery. At this juncture, Plaintiffs are entitled to limited jurisdictional discovery, as Orders of Friars Minor moved to dismiss the case on the basis of jurisdiction. Plaintiff's counsel indicated he would like to initially proceed with a document production demand and interrogatories, so such discovery shall be limited to those discovery procedures at this time. Defendants shall produce such discovery expeditiously. Plaintiff's counsel also indicated that a Rule 30(b)(6) deposition might be appropriate if such discovery is inadequate. If Plaintiff believes that such discovery has been inadequate, the parties shall submit a joint letter to this Court outlining the alleged inadequacies of the production and what individual from what entity is appropriate for a Rule 30(b)(6) deposition and whether a subpoena is necessary.

In light of Judge Chesney's July 17, 2008 Order, which did not separately defer the

1  jurisdictional issue and which stated a preference for having all asserted grounds for dismissal fully
2  briefed, jurisdictional discovery shall not be deferred.
3  **IT IS SO ORDERED.**

5  Dated: July 21, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge