IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, et al., | No. C-99-04941 MMC (EDL) |
| Plaintiff, | **ORDER GRANTING MOTION ENLARGING TIME FOR ANSWERING JURISDICTIONAL INTERROGATORIES** |
| v. | |
| ORDER OF FRANCISCANS MINOR, et al., | |
| Defendants. | |

Having reviewed OFM's motion for additional time to answer Plaintiffs' jurisdictional interrogatories and Plaintiffs' response to same, it is ordered that OFM may have until September 26, 2008 to respond to these interrogatories. OFM must also comply with its initial disclosure obligations by that date, insofar as such disclosures relate to the jurisdictional issues.

**IT IS SO ORDERED.**

Dated: August 25, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge