IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, et al., | No. C-99-4941 MMC |
| Plaintiffs, | **ORDER DENYING STIPULATION TO APPEAR TELEPHONICALLY AT DECEMBER 12, 2008 CASE MANAGEMENT CONFERENCE** |
| v. | |
| VATICAN BANK, et al., | |
| Defendants. | |

    Before the Court is the stipulation, filed November 19, 2008, by which the parties request to appear telephonically at the December 12, 2008 Case Management Conference. Having read and considered the stipulation, the Court finds the parties have failed to show good cause for the relief sought. In particular, the parties have failed to show why each party cannot be represented in person by at least one of its counsel.

    Accordingly, the request is hereby DENIED.

    **IT IS SO ORDERED.**

Dated: November 21, 2008

                                           MAXINE M. CHESNEY
                                           United States District Judge