```
 1  TOMISLAV Z. KUZMANOVIC, (WI SBN 1003563)
    JOEL D. BERTOCCHI (admitted pro hac vice)
 2  JOSHUA G. VINCENT (admitted pro hac vice)
    PAUL E. VALLONE  (CA SBN 168395)
 3  KIMBERLY A. JANSEN (admitted pro hac vice)

 4  tkuzmanovic@hinshawlaw.com
    jbertocchi@hinshawlaw.com
 5  jvincent@hinshawlaw.com
    pvallone@hinshawlaw.com
 6  kjansen@hinshawlaw.com

 7  HINSHAW & CULBERTSON LLP
    One California Street, 18th Floor
 8  San Francisco, California 94111
    Telephone:  (415) 362-6000
 9  Facsimile:  (415) 834-9070

10  Attorneys for Defendant
    ORDER OF FRIARS MINOR, erroneously sued as
11  "THE FRANCISCAN ORDER (O.F.M.),
    a/k/a CROATIAN FRANCISCANS and CROATIAN
12  CONFRATERNITY OF THE COLLEGE OF SAN GIROLAMO DEGLI
    ILLIRICI"
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO OFFICE

| EMIL ALPERIN, et al, <br><br>    **Plaintiffs,**<br>  v.<br><br>**THE FRANCISCAN ORDER (ORDER OF FRANCISCANS MINOR - OFM), et al,**<br><br>    **Defendants.** | Case No.  C99-4941 MMC (EDL)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE DECEMBER 12, 2008 CASE MANAGEMENT CONFERENCE<br><br>Current Date:  December 12, 2008<br>Current Time:  10:30 a.m.<br>Judge:        Hon. Maxine M. Chesney |
|---|---|

Plaintiffs Emil Alperin, et al., ("Plaintiffs") and Defendant Order of Friars Minor ("OFM") (collectively, "the parties") have submitted ~~on this date (December 4, 2008)~~ an administrative motion, jointly requesting that the Court postpone the status hearing currently set for December 12, 2008, to a later date convenient for the Court.

1

[~~PROPOSED~~] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE DECEMBER 12, 2008
CASE MANAGEMENT CONFERENCE
- Case No. C99-04941 MMC (EDL)

1  The Court finds that the Joint Administrative Motion is supported by good cause.
2  Accordingly, the Court **GRANTS** the parties' request to continue the December 12, 2008 Case
3  Management Conference.  The December 12, 2008 Case Management Conference is hereby
4  continued to February 27, 2009 at 10:30 a.m. in Judge Maxine M. Chesney's Department.  The
5  parties shall submit a Joint Case Management Conference Statement by February 20, 2009.
6  **SO ORDERED**:
7  Dated:  December 5, 2008                          By: /s/ Maxine M. Chesney
8                                                         HONORABLE MAXINE M. CHESNEY