| | |
|---|---|
| 1 | TOMISLAV Z. KUZMANOVIC, (WI SBN 1003563) |
| | JOEL D. BERTOCCHI (admitted *pro hac vice*) |
| 2 | JOSHUA G. VINCENT (admitted *pro hac vice*) |
| | PAUL E. VALLONE  (CA SBN 168395) |
| 3 | KIMBERLY A. JANSEN (admitted *pro hac vice*) |
| | tkuzmanovic@hinshawlaw.com |
| 4 | jbertocchi@hinshawlaw.com |
| | jvincent@hinshawlaw.com |
| 5 | pvallone@hinshawlaw.com |
| | kjansen@hinshawlaw.com |

HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, California 94111
Telephone:  (415) 362-6000
Facsimile:  (415) 834-9070

*Attorneys for Defendant*
ORDER OF FRIARS MINOR, erroneously sued as
"THE FRANCISCAN ORDER (O.F.M.),
a/k/a CROATIAN FRANCISCANS and CROATIAN
CONFRATERNITY OF THE COLLEGE OF SAN GIROLAMO DEGLI
ILLIRICI"

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO OFFICE

| | |
|---|---|
| **EMIL ALPERIN, et al,** | Case No.  C99-4941 MMC (EDL) |
| **Plaintiffs,** | [~~PROPOSED~~] ORDER RE: STIPULATION TO CONTINUE DEADLINE FOR FILING JOINT LETTER REGARDING STATUS OF JURISDICTIONAL DISCOVERY |
| v. | |
| **THE FRANCISCAN ORDER (ORDER OF FRANCISCANS MINOR - OFM), et al,** | |
| **Defendants.** | |

　　　　Pursuant to Northern District Local Rules 6-2, and 7-12, Plaintiffs Emil Alperin, et al., ("Plaintiffs") and Defendant Order of Friars Minor ("OFM") (collectively, "the parties") have submitted a Stipulation and a Declaration of Paul E. Vallone in support of their request to continue the deadline for filing a joint letter to the Court regarding the status of jurisdictional discovery, and whether further jurisdictional discovery is necessary or appropriate in connection with OFM's Motion to Dismiss Plaintiffs' operative Complaint.

1

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE DECEMBER 12, 2008
CASE MANAGEMENT CONFERENCE
- Case No. C99-04941 MMC (EDL)

1  The Court finds that the continuance request is supported by good cause.  Accordingly, the
2  Court **GRANTS** the parties' request to continue the deadline for their filing of a joint letter to the
3  Court regarding the status of jurisdictional discovery, and whether further jurisdictional discovery is
4  necessary or appropriate in connection with OFM's filing of its Motion to Dismiss Plaintiffs'
5  operative Complaint.  The December 22, 2008 deadline for the filing of the joint letter is hereby
6  extended to January 26, 2009.

7  **SO ORDERED**:

8  Dated:  December 23, 2008

By: _____
HON. ELIZABETH D. LAPORTE

IT IS SO ORDERED
Judge Elizabeth D. Laporte