TOMISLAV Z. KUZMANOVIC, (WI SBN 1003563)
JOEL D. BERTOCCHI (admitted *pro hac vice*)
JOSHUA G. VINCENT (admitted *pro hac vice*)
DAVID L. WINNETT  (CA SBN 219063)
KIMBERLY A. JANSEN (admitted *pro hac vice*)

tkuzmanovic@hinshawlaw.com
jbertocchi@hinshawlaw.com
jvincent@hinshawlaw.com
dwinnett@hinshawlaw.com
jansen@hinshawlaw.com

HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, California 94111
Telephone:  (415) 362-6000
Facsimile:  (415) 834-9070

*Attorneys for Defendant*
ORDER OF FRIARS MINOR, erroneously sued as
"THE FRANCISCAN ORDER (O.F.M.),
a/k/a CROATIAN FRANCISCANS and CROATIAN
CONFRATERNITY OF THE COLLEGE OF SAN GIROLAMO DEGLI ILLIRICI"

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO OFFICE**

| | |
|---|---|
| **EMIL ALPERIN, et al,**<br><br>        **Plaintiffs,**<br>        **v.**<br><br>**THE FRANCISCAN ORDER (ORDER OF FRANCISCANS MINOR - OFM), et al,**<br><br>        **Defendants.** | Case No.  C99-4941 MMC (EDL)<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The matter comes before this Court on the Joint Administrative Motion to Continue the February 27, 2009, Case Management Conference.  The parties are in agreement that the Case Management conference should be continued to a date after March 20, 2009.  Good cause appearing, ~~Consequently~~, the case Management Conference is hereby continued to __May 22_____, 2009.  The parties are to submit a joint status conference report on or before ___May 15_____, 2009.  Additionally, in accordance with the parties' joint request as set forth in their Joint Status Conference Statement, filed

1

1  February 20, 2009, plaintiffs are directed to file their motion to amend no later than March 20,
2  2009.
3      **PURSUANT TO STIPULATION, IT IS SO ORDERED**:
4  Dated: February __23__, 2009    By _/s/ Maxine M. Chesney_
5      HONORABLE MAXINE M. CHESNEY