IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, et al., | No. C-99-4941 MMC |
| Plaintiffs, | **ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE SIXTH AMENDED COMPLAINT** |
| v. | |
| THE FRANCISCAN ORDER, et al., | |
| Defendants. | |

Before the Court is plaintiffs' motion, filed March 10, 2009 and noticed for hearing April 3, 2009, for leave to file a Sixth Amended Complaint. Plaintiffs, however, have noticed their motion for a date less than 35 days from the date of the filing of such motion, which schedule is not in accordance with the Civil Local Rules of this district. See Civ. L.R. 7-2(a) (providing motion must be noticed for hearing "not less than 35 days after service of the motion").

Accordingly, the hearing on plaintiff's Motion for Leave to File Sixth Amended Complaint is hereby CONTINUED to April 17, 2009.

**IT IS SO ORDERED.**

Dated: March 11, 2009

_____
MAXINE M. CHESNEY
United States District Judge