| | |
|---|---|
| 1 | TOMISLAV Z. KUZMANOVIC (Admitted *Pro Hac Vice*) |
| | JOEL D. BERTOCCHI (Admitted *Pro Hac Vice*) |
| 2 | JOSHUA G. VINCENT (Admitted *Pro Hac Vice*) |
| | KIMBERLY A. JANSEN (Admitted *Pro Hac Vice*) |
| 3 | DAVID L. WINNETT SBN: (CA SBN 219063) |
| 4 | tkuzmanovic@hinshawlaw.com |
| | jbertocchi@hinshawlaw.com |
| 5 | jvincent@hinshawlaw.com |
| | kjansen@hinshawlaw.com |
| 6 | dwinnett@hinshawlaw.com |
| 7 | HINSHAW & CULBERTSON LLP |
| | One California Street, 18th Floor |
| 8 | San Francisco, CA 94111 |
| | T:  (415) 362-6000 |
| 9 | F:  (415) 834-9070 |
| 10 | *Attorneys for Defendants* |
| | ORDER OF FRIARS MINOR, erroneously sued as |
| 11 | "THE FRANCISCAN ORDER (ORDER OF FRANCISCANS MINOR - OFM) a/k/a |
| | CROATIAN CUSTODY OF THE HOLY FAMILY OF CHICAGO and CROATIAN |
| 12 | CONFRATERNITY OF SAN GIROLAMO (SAINT JEROME)" |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | EMIL ALPERIN, | Case No.  C-99-4941 MMC (EDL) |
| | JEWGENIJA ROMANOVA, | |
| 17 | MARIA DANKEWITSCH, | [PROPOSED] ORDER GRANTING MOTION |
| | VLADIMIR MORGUNOV, | TO ENLARGE RESPONSE TIME TO |
| 18 | VLADIMIR BRODICH, | RESPOND TO PLAINTIFF'S ~~FIFTH~~ SIXTH |
| | WILLIAM DORICH, | AMENDED COMPLAINT |
| 19 | IGOR NAJFELD, | |
| | LIZABETH LALICH, | |
| 20 | MLADEN DJURICICH, | **Hon. Maxine M. Chesney** |
| | ROBERT PREDRAG GAKOVICH, | **Courtroom 7** |
| 21 | NEVENKA VUKASOVIC MALINOWSKI, | |
| | ELI ROTEM, | |
| 22 | MILORAD SKORIC, | |
| | VELJKO MILJUS, | |
| 23 | FRED ZLATKO HARRIS, | |
| | MILJA CONGER, | |
| 24 | ALLEN DOLFI HERSKOVICH, | |
| | BOGDAN KLJAIC, | |
| 25 | DAVID LEVY, | |
| | ZDENKA BAUM RUCHWARGERY-LEVY, | |
| 26 | VLADAN CELEBONOVIC, | |
| | DANIEL PYEVICH, | |
| 27 | KOVILJKA POPOVIC, | |
| | NADEZDA BATES, | |
| 28 | DUBRAVCA PAVIC, | |

| | |
|---|---|
| 1 | MILEVA RELJANOVIC, |
| 2 | ORGANIZATION OF UKRAINIAN ANTIFASCIST RESISTANCE FIGHTERS, UKRAINIAN UNION OF NAZI VICTIMS |
| 3 | AND PRISONERS, JASENOVAC RESEARCH INSTITUTE, |
| 4 | THE INTERNATIONAL UNION OF FORMER JUVENILE PRISONERS OF FASCISM OF |
| 5 | UKRAINE, RUSSIA, AND BELARUS, THE REPUBLIC OF SERBIAN KRAJINA IN |
| 6 | EXILE, and INDEPENDENT COUNCIL OF GYPSIES IN |
| 7 | SERBIA, on behalf of themselves and all others similarly |
| 8 | situated, |
| 9 | Plaintiffs, |
| 10 | vs. |
| 11 | THE FRANCISCAN ORDER (ORDER OF FRANCISCANS MINOR - OFM) a/k/a |
| 12 | CROATIAN CUSTODY OF THE HOLY FAMILY OF CHICAGO and CROATIAN |
| 13 | CONFRATERNITY OF SAN GIROLAMO (SAINT JEROME), |
| 14 | |
| 15 | Defendants. |

Before the Court is , filed April 20, 2009, Defendant Order of Friars Minor's ("OFM") Motion to Enlarge Response Time to Respond to Plaintiffs' Sixth Amended Complaint ~~was heard before this Court on _____, 2009, at _____ a.m./p.m. in Department ___. David L. Winnett of Hinshaw & Culbertson LLP appeared for OFM. _____ appeared for plaintiffs~~. After full consideration of the papers submitted by counsel, and for good cause shown, the Court hereby orders that OFM's Motion to Enlarge Response Time to Respond to Plaintiffs' Sixth Amended Complaint is GRANTED.  OFM's deadline to respond to plaintiffs' Sixth Amended Complaint is enlarged to June 1, 2009. ~~July 10, 2009.~~

DATED: April 27, 2009

*/s/ Maxine M. Chesney*
MAXINE M. CHESNEY
JUDGE OF THE UNITED STATES DISTRICT COURT