IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, et al., | No. C-99-4941 MMC |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' MOTION TO SEVER FORUM NON CONVENIENS ISSUE** |
| v. | |
| THE FRANCISCAN ORDER, et al., | |
| Defendants. | |

Before the Court is plaintiffs' motion, filed June 19, 2009, to sever the issue of forum non conveniens raised as a ground for dismissal in defendant Order of Friars Minor's ("OFM") motion to dismiss, filed June 12, 2009, as well as to extend the deadline for plaintiffs' response to such issue and the hearing date thereon, and to conduct discovery as to such issue. OFM has filed opposition. Having read and considered the papers filed in support of and in opposition to plaintiffs' motion, the Court hereby DENIES the relief plaintiffs request therein, without prejudice to plaintiffs' raising the need for specified discovery in addition to whatever substantive opposition they file in response to OFM's arguments on this issue.

**IT IS SO ORDERED.**

Dated: June 29, 2009

MAXINE M. CHESNEY
United States District Judge