Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CO AUG 10 PM 4: 11

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Emil Alperin, et al.

Plaintiff(s),

v.

THE FRANCISCAN ORDER (ORDER OF
FRANCISCANS MINOR - OFM), et al,

Defendant(s).                     /

CASE NO. C99-4941 MMC

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

T Nguyen                                        , an active member in good standing of the bar of
The Northern District of Texas,                    whose business address and telephone number
(particular court to which applicant is admitted)

is  Turley Law Firm
    1000 Turley Law Center, 6440 N Central Expressway
    Dallas, TX 75206
    Phone: 214.691.4025                                        , having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing  Plaintiffs

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated:  August 12, 2009

Maxine M. Chesney
United States District    Judge

United States District Court
For the Northern District of California