United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, et al., | No. C-99-4941 MMC |
| Plaintiffs, | **ORDER VACATING SEPTEMBER 11, 2009 HEARING** |
| v. | |
| THE FRANCISCAN ORDER, et al., | |
| Defendants. / | |

Before the Court is defendant Order of Friars Minor's motion, filed June 12, 2009, to dismiss plaintiffs' Sixth Amended Complaint. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision thereon and hereby VACATES the hearing scheduled for September 11, 2009.

**IT IS SO ORDERED.**

Dated: September 8, 2009

　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge