IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, et al., | No. C-99-4941 MMC |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' EMERGENCY MOTION FOR RECONSIDERATION** |
| v. | |
| THE FRANCISCAN ORDER, et al., | |
| Defendants. / | |

Before the Court is plaintiffs' "Emergency Motion for Reconsideration," filed September 9, 2009, by which plaintiffs seek an order reinstating the September 11, 2009 hearing on defendant Order of Friars Minor's ("OFM") motion to dismiss. Also before the Court is OFM's response, likewise filed September 9, 2009, in which OFM does not oppose plaintiffs' request for a hearing but asks that a different date be scheduled therefor, in light of other commitments counsel for OFM have made in reliance on the Court's Order vacating the above-referenced hearing.

Having read and considered the parties' respective submissions, the Court hereby DENIES plaintiffs' motion to reinstate the original hearing date. Should the Court hereafter determine oral argument would assist the Court, the Court will, at that time, reschedule the hearing.

**IT IS SO ORDERED.**

Dated: September 9, 2009

_____
MAXINE M. CHESNEY
United States District Judge