IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMIL ALPERIN, et al.,

        Plaintiffs,

  v.

THE FRANCISCAN ORDER, et al.,

        Defendants.
                                /

No. CV-99-4941 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** plaintiffs have failed to demonstrate the Court has subject matter jurisdiction over the instant action under 28 U.S.C. § 1331, 1332, or 1350, and, accordingly, OFM's motion is hereby GRANTED, and the instant action is hereby DISMISSED without prejudice for lack of subject matter jurisdiction.

Dated: September 24, 2009                                Richard W. Wieking, Clerk

                                                                                        By: Tracy Lucero
                                                                                         Deputy Clerk