IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL ALPERIN, et al., | No. C-99-4941 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR RECONSIDERATION AND MOTION FOR LEAVE TO FILE SEVENTH AMENDED COMPLAINT** |
| v. | |
| THE FRANCISCAN ORDER (ORDER OF FRANCISCANS MINOR - OFM), et al., | |
| Defendants / | |

Before the Court are plaintiffs' Motion for Reconsideration and Motion for Leave to File Seventh Amended Complaint, each filed September 21, 2009. Defendant Order of Friars Minor has filed opposition, to which plaintiffs have replied. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision thereon, and VACATES the hearing scheduled for November 6, 2009.

**IT IS SO ORDERED.**

Dated: November 4, 2009

MAXINE M. CHESNEY
United States District Judge